UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMINE FORNARO, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MS. KAY COLES JAMES, Director, Office of Personnel Management,**<br><br>Defendant. | Civil Action 01-02542 (HHK) |

**ORDER AND JUDGMENT**

Pursuant to FED. R. CIV. P. 58 and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 18th day of May, 2004, hereby

**ORDERED and ADJUDGED** that the complaint in this case is **DISMISSED.**

Henry H. Kennedy, Jr.
United States District Judge