# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 04-5297**                                    **September Term, 2004**

CARMINE FORNARO, JR., ET AL.,
                          APPELLANTS

v.

KAY COLES JAMES, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,
                          APPELLEE

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JUL 2 6 2005

        CLERK
```

Appeal from the United States District Court
for the District of Columbia
(No. 01cv02542)

Before: GINSBURG, *Chief Judge*, and ROGERS and ROBERTS, *Circuit Judges*.

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

```
MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:               9 / 19 / 05
BY:                            Deputy Clerk
ATTACHED:  ___ Amending Order
           ___ Opinion
           ___ Order on Costs
```

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: July 26, 2005

Opinion for the court filed by Circuit Judge Roberts.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk